## S. S. WHITE DENTAL MFG. CO. v. MACDONALD.

(Court of Appeals of District of Columbia.    Submitted November 21, 1922.
Decided January 2, 1923.)

### No. 1530.

Trade-marks and trade-names and unfair competition ⊜43—Mark "Whiteeth"
and mark "S. S. White" not likely to cause confusion.

The concurrent use of the word "Whiteeth," written in a distinctive
way, as a trade-mark for tooth paste, would not be likely to cause con-
fusion with trade-mark "S. S. White," applied to the same class of goods,
though opposer's goods were sometimes alluded to as "White's goods."

Appeal from the Commissioner of Patents.

Application by James Macdonald for registration of a trade-mark,
opposed by the S. S. White Dental Manufacturing Company. From a
decision dismissing the opposition, opposer appeals. Affirmed.

Henry N. Paul and Frank B. Fox, both of Philadelphia, Pa., for ap-
pellant.

Charles E. Francis, of New York City, for appellee.

Before SMYTH, Chief Justice, and ROBB and VAN ORSDEL,
Associate Justices.

ROBB, Associate Justice. Appeal from concurrent decisions of the
Patent Office tribunals, dismissing the opposition of S. S. White Dental
Manufacturing Company, a corporation, to the registration by appellee
of the word "Whiteeth," written in a distinctive way, as a trade-mark
for tooth paste; the contention of appellant being that applicant's mark
conflicts with its mark "S. S. White," applied to the same class of
goods. We here reproduce the two marks:

In view of the distinctive manner in which appellee's mark is writ-
ten, we are unable to say that its concurrent use with the mark of ap-
pellant would be likely to create confusion, which is the only question
before us in this proceeding. The result would be the same, were we
to assume, as the evidence indicates, that appellant's goods are some-
times alluded to as "White's" goods. In other words, there is nothing
in appellee's mark, as now written and claimed, to lead any one to be-
lieve that the goods to which it is applied and the goods of appellant
have a common origin.

The decision therefore is affirmed.

Affirmed.

⊜For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes